UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-    (    ) |
| | : | |
| | : | |
| V. | : | |
| | : | VIOLATION: |
| | : | |
| **DASHIELL PONCE DE LEON,** | : | 17 U.S.C.§ 506(a)(1) & (B) and |
| | : | 18 U.S.C. § 2319(b)(1) - Criminal |
| Defendant. | : | Copyright Infringement. |

### INFORMATION

The United States Attorney charges:

### INTRODUCTION

1. At all times material herein, the defendant, **DASHIELL PONCE DE LEON**, advertised and sold copyright protected, computer software and video games from Internet Web sites that he owned and operated. He sold said software and video games at prices far below the manufacturer's suggested retail price.

2. From approximately January 2002 through December 2002, defendant **DASHIELL PONCE DE LEON**, doing business as Flashlevel.com, created and operated the website identified as "Powerbackups Ultimate Software Backup Resource" ("www.Powerbackups.com") which advertised for sale more than 200 software program and video game titles, all of which were protected by copyright. Neither defendant **DASHIELL PONCE DE LEON,** anyone doing business as Powerbackups Ultimate Software Backup Resource, nor www.Powerbackups.com was authorized by the copyright owners to reproduce, sell or distribute the software or video game titles advertised on the web site.

3. Additionally, from approximately December 1, 2002, through May 2003, defendant **DASHIELL PONCE DE LEON,** under the auspices of his business Flashlevel.com, created and operated a website identified as "Softworks #1 Software Backup Service" ("www.Softworks.com") which advertised for sale over 200 software program and video game titles, all of which were protected by copyright. Neither defendant **DASHIELL PONCE DE LEON,** anyone doing business as Softworks #1 Software Backup Service, nor www.Softworks.com was authorized by the copyright owners to reproduce, sell or distribute the software programs or video game titles advertised on the web site.

4. From approximately January 2002, through May 2003, defendant **DASHIELL PONCE DE LEON,** received via Paypal, an Internet payment service, and converted to his own benefit, approximately $192,000.00 in payments from persons purchasing from him copies of the unauthorized, pirated software programs and video games titles described above.

## COUNT ONE

Beginning in or about January 2002 and continuing through in or about May 2003, in the District of Columbia and elsewhere, the defendant, **DASHIELL PONCE DE LEON**, did willfully and for purposes of commercial advantage and private financial gain, infringe the copyrights of various software and video game titles, to wit, among others: Photoshop 7 (Adobe), Building Systems (Autodesk), Harry Potter 2 (Electronic Arts), NBA Live 2003, Lightwave 7 (NewTek), Flash MX, (Macromedia), Mastercam (CNC Software, Inc.), and Windows 2K Datacenter (Microsoft), in that the defendant, **DASHIELL PONCE DE LEON** did reproduce and distribute more than 10 copies of 1 of more copyrighted works, that is software and video game titles, having

a retail value of more than $2,500.00, within a 180-day period, without authorization of the copyright holders.

**(Criminal Copyright Infringement, in violation of Title 17 United States Code, Sections 506(a)(1) & (B) and Title 18 United States Code, Section 2319(b)(1).**

        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia

By: _____
        SHERRI L. SCHORNSTEIN
        Assistant U.S. Attorney
        D.C. Bar# 415219
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-6956