UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No.  05-0208 (GK)** |
| | **:** | |
| **v.** | **:** | **Disposition: June 22, 2005** |
| | **:** | |
| **DASHIELL PONCE DE LEON,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |
| | **:** | |

**STATEMENT OF OFFENSE**

Had this case proceeded to trial, the Government would have proven the following facts

beyond a reasonable doubt:

**INTRODUCTION**

1.  "**Warez**" or "**pirated**" software includes software programs which have been illegally

manipulated to defeat or bypass copyright protection programming.

2.  "**Warez  web sites**" are internet locations that distribute warez software.

3.  "**Piracy**" refers to the unauthorized manufacture, replication, performance, sale,

distribution, uploading for transmission over the Internet, and/or trading of copies of a

copyrighted work without the permission of the copyright owner.

4.  "**PayPal**" is a money transfer service that sends payment on the consumer's behalf  to

the seller for items purchased online.  The consumer may use a credit or debit card to make

payment to Paypal.  Paypal pays for the consumer's purchase by transferring funds to a bank

account designated by the seller.

**FACTS**

5.  On October 21, 2002, The Software and Information Industry Association (SIIA), a trade association for the computer software industry, provided information to the Federal Bureau of Investigation (FBI), concerning a mass e-mail solicitation (spam).  The e-mail advertised the sale of commercial computer software at prices far below the retail value.  The e-mail was sent with the subject line, "Cheap Warez CDs."   The e-mail advertised the sale of products from a company identified as "Power Backups."  The e-mail requested the recipient open an attachment file, entitled "warezcds1.html" to begin the order process.  When the file was opened, the Internet web browser connected to a web site identified as "Powerbackups Ultimate Software Backup resource."

6.  From approximately January 2002 through December 2002, defendant Ponce De Leon, doing business as Flashlevel.com, created and operated the website identified as  "Powerbackups Ultimate Software Backup Resource " ("www.Powerbackups.com") which advertised for sale more than 200 software program titles, all of which were protected by copyright.  Neither defendant Ponce De Leon nor any one doing business as Powerbackups Ultimate Software Backup Resource or www.Powerbackups.com were authorized by the copyright owners to reproduce, sell or distribute the software titles advertised on the web site.

7.  Additionally, from approximately December 1, 2002, through May 2003 defendant Ponce De Leon under the auspices of his business Flashlevel.com, created and operated a website identified as "Softworks #1 Software Backup Service" ("www.Softworks.com") which advertised for sale over 200 software program titles all of which were protected by copyright.  Neither defendant Ponce De Leon nor any one doing business as  Softworks #1 Software Backup

Service or www.Softworks.com were authorized by the copyright owners to reproduce, sell or

distribute the software titles advertised on the web site.

8.  Legitimate copies of the software programs listed for sale on the two web sites have

retail values ranging from $30.00 to over $26,000.00 per copy.  For example, the web sites listed

for sale Adobe Photoshop (retail price $699.00), Microsoft Windows XP Pro (retail price

$299.00), Mastercam 8 (retail price $12,900.00) and Microsoft Windows 2K Datacenter (retail

price $26,000.00).  Defendant Ponce De Leon obtained copies of the pirated software programs

offered for sale on the Powerbackups and Softworks web sites by downloading the pirated

software programs from various warez web sites.  The Powerbackups web sites advertised the

pirated software programs with the following language:

> We sell Backup Cds, also known as Warez Cds.  Backup Cds are
> copies of Software.  For example if you go into a shop and buy
> Windows XP Pro, for about $299 you get the Serial, the CD, the
> Box and the Manual.  When you order from Power Backups you
> get The Windows XP CD and the Serial Number.  It works exactly
> the same, but you don't get the manual and the fancy box.  That is
> a savings of $280 , and the only difference is you don't have a
> colorful box and manual - which are not very useful.

Similar advertising language was used on the Softworks web site.

9.  On the Powerbackups web site, defendant Ponce De Leon offered the pirated software

programs for sale at the following prices:  $24.99 for the first software program, $16.99 for the

second software program with the third software program free of charge.  On the Softworks web

site, defendant Ponce De Leon offered the pirated software programs for sale priced as follows:

$19.99 for one software program, two software programs for $36.98, three software programs for

$51.97, and four software programs for $64.96 with the fifth software program free of charge.

10.  Both web sites instructed purchasers that payment for the software programs should be made through PayPal, and provided a link to PayPal.

11.  Defendant Ponce De Leon paid two other individuals, referred to herein as "M.R." "R.F." to open PayPal accounts in their names, which were linked to checking accounts held in those  individuals' names.  M.R. and R.F. gave defendant Ponce D Leon both the access codes to the PayPal accounts and pre-signed blank checks from the checking accounts.  Defendant Ponce De Leon transferred payments received into the M.R. and R.F. PayPal accounts into M.R.'s and R.F.'s checking accounts.  Defendant Ponce De Leon made cash withdrawals from M.R.'s and R.F.'s checking accounts and used pre-signed checks to make transfers into a checking account in a Houston, Texas bank, over which defendant Ponce De Leon had control.

12.  Once an order was received on the Powerbackups or Softworks web sites, defendant Ponce De Leon would reproduce pirated software programs, package the CDs for distribution, and mail the CDs to customers.

13.  From approximately January 2002, through May 2003, defendant Ponce De Leon received via Paypal and converted to his own benefit approximately $192,000.00 in payments from persons purchasing the pirated software described above.

14.  Agents of the Federal Bureau of Investigation (FBI), acting in an undercover capacity, made four purchases of multiple software titles from Defendant Ponce De Leon's websites, as follows:  On December 1, 2002, an order was placed on the Powerbackups website for three titles, Macromedia Flash MX (retail value $499.00), Microsoft Office XP Premium (retail value $579.00), and Microsoft Windows XP Pro (retail value $299.00).  This order directed, and items were subsequently shipped to, an address in the District of Columbia.  On

December 27, 2002, an order was placed for five titles, Adobe Photoshop 7 (retail value

$609.00), Autodesk Building Systems (retail value $4,016.65), Lightwave 6 (retail value

$2,495.00), MS Office XP Premium (retail value $579.00), and NBA Live 2003 (retail value

$39.99).  The order directed and items were subsequently shipped to an address in the state of

Virginia.  The December 31, 2002 order was for Adobe Golive 6 (retail value $399.00),

Lightwave 6 (retail value $2,495.00), Mastercam 8 (retail value $12,900.00), Macromedia Studio

MX (retail value $899.00), and Macromedia Flash 5 (retail value $499.00).  This order also

directed, and items were subsequently shipped to, an address in the state of Virginia.   The April

22, 2003 order was for Autodesk Autocad 2004 (retail value $3,750.00), Harry Potter 2 (retail

value $34.99), Lightwave 7 (retail value $795.00), MS Windows 2K Datacenter (retail value

$26,000.00), and MS Office XP 2003 (retail value $579.00).  This order directed, and items were

subsequently shipped to, an address in the District of Columbia.   Upon receipt of each order,

defendant Ponce De Leon copied the pirated software programs onto CDs.  For each order, the

CDs were packaged inside mailing envelopes with a  false Miami, Florida, return address.  The

total retail value of all products ordered by the FBI was $57,467.63.  The copyright owner for

each software title is reflected in the table below:

| Copyright Owner | Software | Retail Price | Copies |
|---|---|---|---|
| Adobe | Photoshop 7 | $   609.00 | 1 |
| Adobe | Golive 6 | $   399.00 | 1 |
| Autodesk | Building Systems | $ 4,016.65 | 1 |
| Autodesk | Autocad 2004 | $ 3,750.00 | 1 |
| Electronic Arts | Harry Potter 2 | $   34.99 | 1 |
| Electronic Arts | NBA Live 2003 | $   39.99 | 1 |
| NewTek | Lightwave 6 | $ 2,495.00 | 2 |
| NewTek | Lightwave 7 | $   795.00 | 1 |
| Macromedia | Flash MX | $   499.00 | 1 |
| Macromedia | Flash 5 | $   499.00 | 1 |

| Macromedia | Studio MX | $ 899.00 | 1 |
| CNC Software Inc. | Mastercam 8 | $12,900.00 | 1 |
| Microsoft | Office XP Premium | $ 579.00 | 2 |
| Microsoft | Office XP 2003 | $ 579.00 | 1 |
| Microsoft | Windows XP Pro | $ 299.00 | 1 |
| Microsoft | Windows 2K Datacenter | $26,000.00 | 1 |
| | Total Retail Value: | $57,467.63 | |

15. All of the software titles purchased by the FBI were sent to the Business Software Alliance (BSA) in Washington, D.C. for analysis. BSA is an industry trade organization whose members are software manufacturers. Representatives of BSA concluded that all of software titles were pirated copies, produced without the permission of the copyright owner.

16. FBI Agents compared the pirated software titles they purchased to the Paypal records reflecting other sales. From those records they identified sales of identical titles. The total retail value of all pirated sales for the titles reflected above, including the FBI undercover purchases and identical titles identified from the Paypal records totals $1,154,395.85. By this scheme, the defendant wrongfully obtained approximately $192,000.00 in sales proceeds.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
SHERRI L. SCHORNSTEIN
Assistant United States Attorney

_____
CHRISTOPHER MERRIAM
Trial Attorney
U.S. Department of Justice
Computer Crime and Intellectual
 Property Section

6

## DEFENDANT'S ACCEPTANCE

I have read this Statement of Offense.  Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.


Date:_____                    _____
                                                                    Dashiell Ponce de Leon
                                                                    Defendant


I have discussed this Statement of Offense with my client, Mr. Ponce de Leon.  I concur with his decision to stipulate to this Statement of Offense.


Date: _____                 _____
                                                                    Thomas Abbenante
                                                                    Attorney for the Defendant