UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DASHIELL PONCE DE LEON

Criminal No. 05-208

**FILED**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF INDICTMENT**

I, **Dashielle Ponce De Leon**, the above named defendant, who is accused of:

17 USC 506(a)(1)&(B) and 18 USC 2319(b)(1) - Criminal Copyright Infringement

being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on June 22, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Gladys Kessler
United States District Judge