

U.S. Department of Justice

Federal Bureau of Investigation

65cr208

FILED

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Reply, Please Refer to
File No.

295B-WF-227100

## ABANDONMENT OF PROPERTY TO THE UNITED STATES OF AMERICA

On May 14, 2003, the Federal Bureau of Investigation (FBI) seized the following property:

Description and Serial Number

Compaq Presario desktop computer with internal CD writer Serial # 2H07DCV980ZC.
Compaq 5000 model desktop computer with internal CD writer Serial # 1X14JD4JA080.
Emachines CRT monitor Model eView 17f Serial # MSF334F002717.
Canon brand Canoscan N122OU model flatbed scanner Serial # CZL062627.
Linksys 8-port Workgroup Switch model EZXS88W Serial # RA3302A007809 ADS8 AA.
Compaq Presario desktop computer with internal CD writer Serial # 3D04FG5641D1.
MAG Indivision DX890F CRT monitor Serial # FRWD0A220889U.
Philips CRT Monitor Model 109B20 Serial # 71073158.
Compaq A1500 Model Fax-Copier-Printer Serial # 5POBDGZ5P16J.
Sony SDM-X72 17" flat panel LCD computer display with no visible Serial #.
Compaq Model CM350 15" flat panel LCD computer display Serial # 025BG56PA149.
Hewlett Packard computer keyboard Serial # C981002130.
Samsung model SD-612 DVD-ROM drive Serial # 63FN317378.
Compaq brand mouse.
Linksys Etherfast 10/100 Compact USB Network adapter with cable Serial # 02020100293.
Sony USB cradle Serial # 3HB17OC.
Paper bag containing installation CDs, manuals for Compaq desktop computer.
Compaq brand DVD-ROM internal drive Serial # BDAR136614WL.
Microsoft Wireless Optical Mouse.
Toshiba brand Internet telephone control device with cable.
Audiovox USB Cradle Serial # 062176159 with power cable.
Toshiba brand converter Serial # 0052130.
MS Windows XP Tablet PC Edition software and case.
RCA brand flash card port Serial # 993600849.
Logitech Cordless Telephone & PC Headset System.
Compaq computer desktop keyboard Serial # B56980AGAN907U.
Compaq pocket PC Serial # 4G13DW36W3XD.
32MB compact flash memory card and USB connection cradle - same serial # as pocket PC.
Sony memory stick reader/writer Serial # 3219038.
Compaq desktop computer keyboard Serial # B1C800BCPJDJWE.
Compaq computer mouse.
Two Creative brand desktop computer speakers Serial # SW00161145006555.
Canon S450 inkjet printer Serial # FFA04177; misc. cables.
HL Data Storage CD-Rom Drive Model GCR-8481B Serial # 131587-3303598.
Samsung model 955DF flat screen CRT monitor Serial # PG19H3LN410699W.
TDK CD-RW internal disc drive Serial # B241040A160620.
Yamaha brand CD-RW internal disc drive Serial # FEB0002070.

Philips brand CD-RW internal disc drive Serial # CDD4801/72.
Sony Vaio notebook computer Serial # 283324303516286, cloth carrying case, various cables.
Two Sony Vaio desktop computer speakers, Serial #s 2C2801864 and 2C2900270.
Sony Vaio CPU, Serial # 3009378, with e-Machines keyboard, mouse, and speakers.
Hewlett Packard CD-Writer Plus 9300 Series Serial # MY0275CCFN.
2Wire Home Portal 100 brand Internet hub Serial # 500000015567.
Sony computer keyboard Serial # 0059333.
Emachines T2240 desktop computer with internal CD writer Serial # QIP34 D01 01641.
SharkHub brand USB multiport to connection Playstation II to a computer.
HL Data Storage CD-R writeable internal computer drive Serial # 759CB027SNC6D8.
Netgear PCMCIA Mobile Adapter Model FA411.
Maxtor External Storage Model # FWRA040PRX00 Serial # L403CGNC.
RCA portable DVD player Serial # B184PL053.
Compaq CD drive Serial # 6RBN415065.
One box containing installation software, manuals, and label application device for HP CD-RW drive.
One box containing manuals, installation discs, and accessories for HP Pavilion desktop computer.
Toshiba brand Pocket Personal Computer Serial # 08210254408.
Compaq Presario 6000 desktop computer with DVD-RW internal Serial # 2H27KPX8C01Z.
Veo Stingray web camera Serial # 330VB31X.
Westell WireSpeed model modem Serial # 03B401252906.
Epson Stylus C60 printer Serial # DQQK426762.
Digital media containing infringing copies of copyright protected software.

from my mother's residence located at 9591 Fontainebleau Blvd., Apartment 417, Miami, Florida 33172, from my residence located at 818 Rock Springs Drive, Richmond, Texas 77469, and from my business located at 10333 Harwin, Suite 168, Houston, Texas 77036. I, Dashiell Ponce De Leon, understand that the Code of Federal Regulations (C.F.R.) requires that the FBI inform me that I have the opportunity to claim this property (41 C.F.R. 128-48.102-1). I understand that by not claiming this property, the title will vest in the United States Government. This property is owned by me solely. I wish to give up my ownership interest it. I voluntarily forfeit and relinquish my ownership and any right or interest I have or had in the property.

     I hereby authorize the FBI to dispose of this property in any manner they deem appropriate. I agree not to contest or appeal any action the FBI takes to dispose of it. I unconditionally release and hold harmless the FBI, its officers, employees and Agents from any and all claims, demands, damages, causes of actions or suits, of whatever kind and wheresoever situated that might now exist or hereafter exist by reason of or growing out of, directly or indirectly, the seizure or waiver of ownership interest in the described property.

I am providing this waiver freely and with full understanding of my rights. I am aware that this letter constitutes abandonment of the property to the United States.

DATE _____  _____
                             (signature) Dashiell Ponce De Leon
                             DASHIELL PONCE DE LEON  S97-22-9826
                             (print name & ss#)

WITNESSED BY:                _____
                             (signature)
                             STEPHEN K. SCHMIDT
                             (print name)

                             _____
                             (Attorney, second Agent or Witness if available)
                             Thomas Abbenante
                             (print name)