U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED

JUN 22 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | BOOK and RELEASE |
| v. | : |  |
| Dashiell Ponce de Leon, | : | Case No. 05-0208 (GK) |
| Defendant. | : |  |

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ____22nd____ day of ____JUNE, 2005____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __JUNE 22, 2005__ by __SPECIAL AGENT STEVEN SCHMIDT__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FEDERAL BUREAU OF INVESTIGATION__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SPECIAL AGENT STEVEN SCHMIDT__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal. *(Book and release).*

*Gladys Kessler*
Judge (U.S. Magistrate) GLADYS KESSLER

DOJ USA-16-1-80

DEFENSE COUNSEL