UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**        :
                                      :
        v.                            :    Criminal No. 05-208 (GK)
                                      :
**DASHIELL PONCE DE LEON,**           :
                                      :
        Defendant.                    :

NOTICE

Enclosed, for your information, is correspondence which the Court has received pertaining to the above-titled case.

June 28, 2005

*Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies via ECF to all
counsel of record**