
BUSINESS SOFTWARE ALLIANCE

June 22, 2005

50 18th Street, NW
Suite 700
Washington, DC 20036

p. 202/872.5500
f. 202/872.5501

The Honorable Gladys Kessler
US District Court Judge
US District Court
333 Constitution Ave NW
Washington, DC 20001

RECEIVED
JUN 2 8 2005
CHAMBERS OF
JUDGE KESSLER

Re: United States v. Ponce de Leon

Dear Judge Kessler,

This letter is offered for the court's consideration in the sentencing of Mr. Ponce de Leon who has entered a guilty plea before the court in connection with the illegal sales of Business Software Alliance (BSA) members' products.

On behalf of the members of the BSA members, I write to inform the court of the impact that large-scale Internet piracy has on software publishers, consumers and the U.S. economy.

Members of the BSA include Adobe, Apple, Autodesk, Avid, Bentley Systems, Borland, CNC Software/Mastercam, ISS, Macromedia, McAfee, Microsoft, PTC, Solidworks, Sybase, Symantec, The Mathworks, UGS and Veritas. These companies create and market some of the most popular, productive and valuable software programs in the world.

Software programs are the product of an enormous investment of time, money and creativity. Publishers incur hundreds of millions of dollars in costs and labor through years of sophisticated programming and testing in order to bring their programs to market. The fees they receive when computer users (legally) acquire their programs constitute the sole return on their investment as well as an important source of funding for the research and development of new products.

When users of software programs obtain them illegally – at no cost or by paying a vendor of pirated or counterfeit products – publishers receive nothing for their efforts. They are out revenue. Their employees, business partners and shareholders suffer.

More broadly, software innovation and entrepreneurship suffer. Put simply, few people will invest the time, money and creativity it takes to bring a software program to market, only to be ripped off at the end of the process. Consumers

suffer from fewer offerings. And as jobs are lost or not created (both in the publishing industry and downstream businesses), as wages aren't paid and as tax revenues aren't generated, the broader economy suffers.

It is difficult, if not impossible, to quantify the lost revenue attributable to software piracy in any particular case. It is reasonable to assume not every person who obtains a pirated software program through an illicit sale would have purchased a legal copy of that program, although illicit sales occur on such a massive (global) scale that even a small percentage of displaced sales would be very significant. But software piracy adversely impacts the legitimate market for software in other ways. For example:

- Organized pirate groups specialize in defeating and removing technical measures used by publishers to protect their works from piracy, thereby enabling users to make multiple copies. As a result, a business or organization that acquires a single "cracked" copy of, say, a word processing program, can install it onto all of its office computers, thereby costing the publisher an important revenue stream.

- It is not unusual for the software programs originally obtained, cracked and distributed by organized pirated groups to become the source for more traditional and commercial forms of piracy. For example, software purchased from Internet auction sites sometimes contains the ".nfo" file added to the program by the group responsible for its original release. Such programs can also enable mass production of counterfeit product overseas, which in turn has the potential to enter legitimate distribution channels and displace large numbers of legitimate sales.

- Purveyors of pirated software are often offering beta or pre-release copies. As a result, publishers lose the important ability to control the timing of a product release. The unauthorized widespread distribution of a program containing "bugs" that would have been corrected prior to commercial release harms product reputation and consumer acceptance. Adding insult to injury, individuals who acquire these programs -- and pirated programs generally -- make demands on product support systems (e.g., phone lines) established to service legitimate customers.

- The brazen activities of people who sell pirated copies of software foster disregard, and even disdain, for copyright law and software licensing requirements. They send the deliberate message that software programs are

available for cheaply (or even free) and that only suckers buy them legitimately. As a result they contribute in a serious way to the mis-education of the software-using community.

Thank you for the opportunity to convey our perspective as direct victims of Internet piracy. We stand ready to assist the court as it sees fit.

Sincerely,

John Wolfe
Manager of Investigations