**ATTACHMENT NO. 1**

1  LAWRENCE K. ROCKWELL, #72410
   ERIC W. DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE, GALLAGHER, WOODS & WOOD, LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   P.O. Box 12979
5  Oakland, California 94604-2979

6  Telephone:  (510) 451-0544
   Facsimile:  (510) 832-1486
7
   Attorneys for Plaintiffs
8

RECEIVED

MAY 29 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | ACTIVISION, INC., a Delaware         | CASE NO. C 01 0655 SBA
     corporation; CAPCOM
13   ENTERTAINMENT, INC., a California   | STIPULATION TO ENTRY OF JUDGMENT
     corporation; EIDOS INTERACTIVE,     | AND PERMANENT INJUNCTION; ORDER
14   INC. a California corporation;
     ELECTRONIC ARTS INC., a Delaware
15   corporation; INTERPLAY
     ENTERTAINMENT CORP., a Delaware
16   corporation; SIERRA ON-LINE, INC., a
17   Delaware corporation; and THE 3DO
     COMPANY, INC., a California
18   corporation,
19
20              Plaintiffs,
21        v.
22  DASHIELL PONCE DE LEON, a/k/a DE
    LEON PONCE, a/k/a DANIEL PONCE,
23  an individual,
24              Defendant.
25

26  ///
27  ///
28  ///

1  Plaintiffs Activision, Inc., Capcom Entertainment, Inc., Edios Interactive, Inc., Electronic
2  Arts Inc., Interplay Entertainment Corp., Sierra On-Line, Inc. and The 3DO Company, Inc.
3  ("Plaintiffs"), by and through their counsel, Julie E. Hofer of Donahue, Gallagher, Woods &
4  Wood, LLP, and defendant Dasheill Ponce de Leon ("Defendant") hereby stipulate to the
5  following.

6     1. Judgment on the above-entitled action may be entered in favor Plaintiffs and
7  against Dasheill Ponce de Leon in the principal amount of One Hundred Fifty Thousand Dollars
8  ($150,000) with interest thereon to accrue on the unpaid balance at the rate of ten percent (10%)
9  from February 12, 2001 until the date of entry of judgment.

10     2. Defendant and the Defendant's agents, servants, employees, successors and
11  assigns, and all persons acting in concert with or in conspiracy with or affiliated with Defendant
12  are enjoined, restrained and prohibited from:

13     a. copying, reproducing, manufacturing, duplicating, disseminating,
14  publishing, promoting, offering for sale or downloading, providing links to, selling, distributing
15  or using any unauthorized copies of the Interactive Entertainment Software Products as said
16  products are hereinafter defined;

17     b. copying, reproducing, manufacturing, duplicating, disseminating,
18  publishing, promoting, offering for sale or downloading, providing links to, selling or
19  distributing any Interactive Entertainment Software Products, as said products are hereinafter
20  defined, under or in connection with any trademark of any Plaintiff or any other trademark
21  confusingly similar thereto;

22     c. using in any manner any of the Plaintiffs' trademarks in connection with
23  any of the Defendant's goods or activities in such a manner that it is likely to create the
24  erroneous belief that said goods or activities are authorized by, sponsored by, licensed by or are
25  in some way associated with any Plaintiff; and

26     d. otherwise infringing any of the Plaintiffs' copyrights or trademarks.

27     3. As used in this Stipulation and Order, the Interactive Entertainment Software
28  Products shall include all of the interactive entertainment software products manufactured or

1  distributed by a Plaintiff for use on a personal computer, video game console or the Internet
2  including, but not limited to, the following products:

3     Dark Reign 2, Dino Crisis, Resident Evil 2, Resident Evil 3, Tomb Raider
4     Chronicles, Madden NFL 2000, Sim City 3000, Descent, Half-Life, and Army
5     Men World War.

6     4.   The remaining claims for relief in this action have been settled with certain
7  additional obligations to be performed by the parties pursuant to the settlement.

9  Dated: May 29, 2001          DONAHUE, GALLAGHER, WOODS & WOOD, LLP

11                               By _____
12                                  Julie E. Hofer
                                    Attorneys for Plaintiffs

14  Dated: _____, 2001      DASHEILL PONCE DE LEON

16                               _____  5-25-01
                                 Defendant

19  IT IS SO ORDERED.
20  Dated: 5-30, 2001            _____
21                               United States District Judge

---

STIPULATION TO ENTRY OF JUDGMENT                              CASE NO. C 01 0655 SBA

2