HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

ORDER TO SURRENDER

MAR 1 5 2006

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

Dashiell Ponce De Leon            Docket No.: CR 05-208-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Dashiell Ponce De Leon  having been sentenced, on October 6, 2005, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Big Spring  , in  Big Spring, TX  by 2 p.m., on   March 20, 2006  .

March 14, 2006
Date

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, ~~may be punished~~ by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER            ~~DEFENDANT~~

Revised 6-2004

